LINCOLN SQUARE LEGAL SERVICES, INC.

| Fordham University School of Law | Tel 212-636-6934 |
| 150 West 62nd Floor, Ninth Floor | Fax 212-636-6923 |
| New York, NY 10023 | |

**MEMO ENDORSED**

January 28, 2020

**BY ECF AND FIRST CLASS MAIL**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-29-2020

**Re:   USA v. Gomez, 1:14-cr-00459-RMB**
**Gomez v. United States of America, 1:16-cv-04920-RMB**

Dear Judge Berman:

With the Government's consent, I respectfully write to request the adjournment of the re-sentencing date of defendant Hanley Gomez, which is currently set for March 18, 2020. This is my first request for an adjournment of the sentence. I will be out of the country that week due to a previously scheduled family trip. Accordingly, I request that the Court set a new date for Mr. Gomez's re-sentencing on or after March 25, 2020. In contemplating this request, I ask that the rescheduled time not be on Tuesday mornings from 10:30 AM to 12:30 PM, as I teach at that time.

Thank you for your consideration of this request.

Sentencing adjourned to April 2,
2020 at 12:30 pm. PSR due
by February 27, 2020. Defendant's
submission due by March 12, 2020.
Government's submission due by March 19,
2020.

**SO ORDERED:**
Date: 1-29-2020          *Richard M. Berman*
                          Richard M. Berman, U.S.D.J.

Respectfully submitted,

_____/s/_____
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Hanley Gomez*
150 West 62nd Street
New York, NY 10023
(212) 636-6934

cc:   Edward B. Diskant
      *Assistant United States Attorney*
      **By Email**