USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                          :

UNITED STATES OF AMERICA                        14 Cr. 459 (RMB)

            -v-

                                                 **ORDER**

HANLEY GOMEZ,

                Defendant.

---------------------------------------------------------------x

RICHARD M. BERMAN, United States District Judge:

      Upon the record of these proceedings, Defendant's application for bail pending sentencing is GRANTED on consent of all parties. *See* ECF No. 158. For the reasons set forth in Defendant's letter to the Court of April 10, 2020, *see id.,* the Court finds there is clear and convincing evidence that Mr. Gomez poses neither a risk of flight nor a danger to the community. *See* 18 U.S.C. § 3143.

      The Court imposes the following bail conditions:

- Be met upon release from MDC by Tamara Santiago or another responsible adult;
- $25,000 personal recognizance bond;
- Travel limited to SDNY/EDNY;
- Surrender of all travel documents and no new applications;
- Pretrial supervision as may be directed by Pretrial Services;
- Drug treatment and testing as may be directed by Pretrial Services;
- Any mental health treatment, such as weekly counseling, as may be directed by Pretrial Services;

- Reside at the residence of Tamara Santiago, ███████████, NY ██████ and

- Appear at all scheduled court appearances.

Due to the extraordinary circumstances related to the COVID-19 pandemic, the Defendant shall be released **directly and forthwith** from the Metropolitan Detention Center. Defendant shall:

- be provided with a copy of instructions for inmates being released directly from jail;

- be given a copy of the bond, which explains the conditions of his release and provides his lawyer's name and contact information;

- comply with all of the conditions that are on this bond;

- contact his lawyer within **24 hours of his release** from custody; and

- understand that failure to abide by the conditions on the bond may lead to a bond revocation hearing.

Dated:   April 10, 2020
         New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
United States District Judge