**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 14 Cr 459 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| HANLEY GOMEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

The sentence is rescheduled to June 3, 2020 at 10:00 am.

Any additional sentencing submissions from Defense counsel are due on May 18, 2020 and any additional sentencing submissions from Government counsel are due on May 25, 2020.

The sentencing will either be held by video or audio.  Instructions to access the sentencing proceedings will be provided by the Court's Judicial Assistant, Chelsea Tabolt, prior to the sentence.

Dated: New York, New York
     May 4, 2020

_____
**RICHARD M. BERMAN**
**U.S.D.J.**