UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                    Government,       :       14 CR. 459 (RMB)
                                     :
    - against -                    :       **ORDER**
                                     :
HANLEY GOMEZ,                        :
                    Defendant.        :
-----------------------------------------------------------------x

      The Court will hold a resentencing in this case on Monday, October 5, 2020 at 11:00 AM by telephone.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0459

Dated: October 1, 2020
       New York, NY

*Richard M. Berman*
_____
   **RICHARD M. BERMAN**
         U.S.D.J.