**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                14 CR. 459 (RMB)

   -against-

                                                               **ORDER**

HANLEY GOMEZ,
                Defendant.
-----------------------------------------------------------X

      Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. Gomez's dedicated compliance with supervised release, including, but not limited to, his successful completion of supervision and his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective April 27, 2021 is warranted. The Court finds that Mr. Gomez has conducted himself in an exemplary and law abiding fashion and exceeded the requirements (conditions) of his supervision. See transcript of proceedings held on April 27, 2021 for a complete record.

Dated: April 27, 2021
          New York, NY

                                                          _____
                                                             RICHARD M. BERMAN
                                                                   U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Hanley Gomez's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Gomez's further supervised release obligations.

Congratulations for a job well done.

April 27, 2021

*Richard M. Berman*
_____
Richard M. Berman
U.S. District Judge